UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LILY, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>JAN ROUVEN FUECHTENER,<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-00352-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Extend Time to Answer (ECF No. 14), filed on March 29, 2019.

Defendant indicates that he is currently in transit and requests a 90-day extension to respond to the complaint. The Court finds good cause exists to grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time to Answer (ECF No. 14) is **granted**. Defendant shall file a response to the Complaint by no later than Monday, July 1, 2019.

Dated this 2nd day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1