UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LILY, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>JAN ROUVEN FUECHTENER,<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-00352-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Extend Time to Answer (ECF No. 20), filed on June 24, 2019. To date, no response has been filed and the time to do so has now passed. LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Defendant indicates that he is currently incarcerated and is in the process of hiring an attorney to represent him in the instant matter. Defendant requests a 90-day extension to respond to the complaint. The Court finds good cause exists to grant Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time to Answer (ECF No. 20) is **granted**. Defendant shall file a response to the Complaint by no later than Monday, October 1, 2019.

Dated this 11th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE