UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LILY, *et al*, | Case No. 2:19-cv-00352-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| JAN ROUVEN FUECHTENER, | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Prejudgment Writ of Attachment (ECF No. 5). The records of the Court reflect that Defendant Jan Rouven Fuechtener recently appeared and sought an extension of time to answer the Complaint filed against him in the U.S. District Court for the District of Nevada (EFC No. 20). The Court granted Defendant's Motion and provided an extension of time to October 1, 2019 to file his responsive pleadings.

ECF No. 5, the Motion for Prejudgment Writ of Attachment, has not been served on Defendant and, as such, Defendant's ability to respond to this Motion cannot be said to have run. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Counsel shall serve a copy of their Motion for Prejudgment Writ of Attachment on Defendant at the address provided by him through his filings with the U.S. District Court for the District of Nevada. Plaintiffs' shall serve the Motion for Prejudgment Writ of Attachment within three business days of this Order. Service may be accomplished through any traceable means such as available through the U.S. Postal Service or other reliable delivery services.

IT IS FURTHER ORDERED that Defendant shall have through and including October 11, 2019 to file a response to Plaintiffs' Motion for Prejudgment Writ of Attachment.

IT IS FURTHER ORDERED that Plaintiffs' Counsel shall include a copy of this Order with Plaintiffs' Counsel's service of the Motion for Prejudgment Writ.

DATED this 11th day of September.

ELAYNA J. YOUCHAH
United States Magistrate Judge