|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | * * * | |

| | | |
|---|---|---|
| 4 | LILY, *et al*, | Case No. 2:19-cv-00352-RFB-EJY |
| 5 | Plaintiff, | |
| 6 | v. | **ORDER** |
| 7 | JAN ROUVEN FUECHTENER, | |
| 8 | Defendants. | |

Before the Court is Defendant's Request to Extend Time To Answer (ECF No. 27) and Plaintiffs' Objection thereto (ECF No. 28). No timely reply was filed.

The Court, having considered Defendant's Request and Plaintiffs' Objection, orders as follows:

Defendant's Request (ECF No. 28) is GRANTED in part and DENIED in part.

Defendant shall have through and including November 1, 2019 to answer or otherwise respond to Plaintiffs' Complaint and Motion for Prejudgment Writ. No further extension of time will be granted absent an extraordinary and unforeseen circumstance.

DATED: October 10, 2019.

                                                                               _____
                                                                               ELAYNA J. YOUCHAH
                                                                               United States Magistrate Judge

1