John A. Kawai, Nevada SBN 14893
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F
Ojai, CA 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA 98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LILY," "SARAH," "SOLOMON," JANE BROWN as next friend for "VIOLET," a minor, JANE DOE as next friend for "PIA," "MYA," and "AVA" minors, "ANDY," and "JENNY,"<br><br>Plaintiffs,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:19-cv-00352-RFB-EJY<br><br>STIPULATION AND AGREED ORDER RE: DATES FOR RESPONSES TO MOTIONS |

STIPULATION AND AGREED ORDER
TO CONTINUE DATES FOR RESPONSES TO PLEADINGS– 1 of 4
 Case No. 2:19-cv-00352-RFB-EJY

## I.   STIPULATION

**COME NOW** the following parties: Plaintiffs, by and through their attorneys of record Carol Hepburn, Deborah Bianco, and John Kawai, and Defendant by and through his attorney(s) Lance J. Hendron of Guymon & Hendron, and Zachary Lee Newland, of Brandon Sample PLC, and hereby stipulate and agree that due to the absences of Plaintiffs' counsel from the U.S. for most of the month of November, Plaintiffs may have additional time to reply to the Response In Opposition To Plaintiffs' Motion For Prejudgment Writ Of Attachment submitted by Defendant on November 1, 2019, and to respond to the Motion to Dismiss filed by Defendant in this matter on November 1, 2019.

The parties stipulate and agree that the time for Plaintiffs' Reply to the Response in Opposition to Motion for Writ is extended to December 13, 2019, and the time for Plaintiffs' Response to the Defendant's Motion to Dismiss is extended to December 20, 2019.

It is so stipulated this 5th day of November, 2019 by:

| | |
|---|---|
| CAROL L. HEPBURN P.S. | GUYMON & HENDRON |
| s/Carol L. Hepburn | s/Lance J. Hendron |
| Carol L. Hepburn, *Pro Hac Vice* | Lance J. Hendron |
| 200 First Avenue West, #550 | 625 S. Eight Street |
| Seattle, WA  98119 | Las Vegas, NV. 89101 |
| Tel: 206) 957-7272 | 702-758-5858 |
| Fax: (206) 957-7273 | lance@ghlawnv.com |
| Email: carol@hepburnlaw.net | |

| CARPENTER, ZUCKERMAN & ROWLEY | BRANDON SAMPLE, PLC |
|---|---|
| s/John A. Kawai<br>John A. Kawai<br>407 Bryant Circle, Suite F<br>Ojai, CA 93023<br>805-272-4001<br>team3@czrlaw.com | s/Zachary Lee Newland<br>Zachary Lee Newland, *Pro Hac Vice*<br>PO Box 250<br>Rutland, VT. 05702<br>802-444-4357<br>zach@brandonsample.com |
| DEBORAH A. BIANCO, PLLC | Attorneys for Defendant |
| By /s Deborah A. Bianco<br>Deborah A. Bianco, *Pro Hac Vice*<br>14535 Bel-Red Road, #201<br>Bellevue, WA 98007<br>425-747-4500<br>deb@debbiancolaw.com | |

Attorneys for Plaintiffs

## II. AGREED ORDER

THIS MATTER, having come before the Court upon the parties' stipulation, and the Court having reviewed this stipulation and the files and records herein, and being fully advised, based on the voluntary agreement of the parties:

**IT IS HEREBY ORDERED AND ADJUDGED THE FOLLOWING:**

Counsel for Plaintiffs shall be granted an extension of time to reply to the Defendant's Response in Opposition to Plaintiff's Motion for Prejudgment Writ of Attachment until December 13, 2019, and to December 20, 2019 to respond to the Defendant's Motion to Dismiss.

/

IT IS SO ORDERED this 6th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Agreed to:

Presented by:

GUYMON & HENDRON

CAROL L. HEPBURN P.S.


s/Carol L. Hepburn_____              s/Lance J. Hendron_____
Carol L. Hepburn, *Pro Hac Vice*           Lance J. Hendron
200 First Avenue West, #550                625 S. Eight Street
Seattle, WA 98119                          Las Vegas, NV. 89101
Tel: 206) 957-7272                         702-758-5858
Fax: (206) 957-7273                        lance@ghlawnv.com
Email: carol@hepburnlaw.net


CARPENTER, ZUCKERMAN & ROWLEY              BRANDON SAMPLE, PLC


s/John A. Kawai_____                 s/Zachary Lee Newland_____
John A. Kawai                              Zachary Lee Newland, *Pro Hac Vice*
407 Bryant Circle, Suite F                 PO Box 250
Ojai, CA 93023                             Rutland, VT. 05702
805-272-4001                               802-444-4357
team3@czrlaw.com                           zach@brandonsample.com

                                           Attorneys for Defendant


DEBORAH A. BIANCO, PLLC

By /s Deborah A. Bianco_____
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
425-747-4500
deb@debbiancolaw.com

Attorneys for Plaintiffs

STIPULATION AND AGREED ORDER
TO CONTINUE DATES FOR RESPONSES TO PLEADINGS– 4 of 4
 Case No. 2:19-cv-00352-RFB-EJY