John A. Kawai, Nevada SBN 14893
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax: (805) 719-6858
Email: jk@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA  98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| "LILY," "SARAH," "SOLOMON," WILLIAM L.E. DUSSAULT, Guardian Ad Litem for "VIOLET", a minor, JANE DOE as next friend for "PIA, a  minor, "ANDY," and "JENNY,"<br><br>Plaintiffs,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No:   2:19-cv-00352-RFB-EJY<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Honorable Gloria M. Navarro United States District Court Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs request this Court to take judicial notice, pursuant to

Federal Rule of Evidence 201, of the documents listed below and attached to the Declaration of Carol

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 1

L. Hepburn ("Hepburn Decl.") in support of Plaintiff's Motion for Judicial Notice. Specifically, Plaintiffs request that the Court take judicial notice of the following documents:

**Exhibit 1:** is a true and correct copy of the November 16, 2016 Plea Agreement filed at ECF 146 in *United States v. Jan Rouven Fuechtener*, United States District Court, District of Nevada, No. 2:16-cr-00100-GMN-CWH (Hepburn Decl. ¶3, Ex. 1);

**Exhibit 2:** is a true and correct copy of the February 28, 2019 Partial Transcript of Proceedings of Sentencing and Disposition, filed April 8, 2019 at ECF 356 in *United States v. Jan Rouven Fuechtener,* United States District Court, District of Nevada, No. 2:16-cr-00100-GMN-CWH (Hepburn Decl. ¶5, Ex. 2); and,

**Exhibit 3:** is a true and correct copy of the March 6, 2019 Judgment and Appended Restitution List, setting forth the victims who were awarded restitution, filed at ECF 345 in *United States v. Jan Rouven Fuechtener (AKA Lars Schmidt)*, United States District Court, District of Nevada, No. 2:16-cr-00100-GMN-CWH (Hepburn Decl. ¶4, Ex. 3).

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Plaintiffs' "Lily" et al respectfully request that this Court take judicial notice of three documents listed above and filed in the criminal case, *United States v. Jan Rouven Fuechtener*, United States District Court, District of Nevada, No. 2:16-cr-00100-GMN-CWH.

### ARGUMENT

In considering a motion for summary judgment, a court may consider any matters subject to judicial notice. A matter is subject to judicial notice when it is "not reasonably subject to dispute" because it either "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be

accurately and readily determined from sources who accuracy cannot reasonably be questioned" Fed. R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Judicial notice may be taken of "undisputed matters of public record: and "documents on file in federal or state courts" in order to determine "what issues were actually litigated" before the court. *Harris v. County of Orange,* 682 F.3d 1126, 1132 (9th Cir. 2012) (citing *Bennett v. Medtronic, Inc.,* 285 F.3d 801, 803 n.2 (9th Cir. 2002)).

All the documents of which Plaintiffs request notice here are of public record in this court's criminal case docket. All are relevant to Plaintiffs' claims herein as they establish Defendant's conviction of a predicate offense under 18 U.S.C. § 2255, his admission of injury to his victims by his offense, the court's finding of losses suffered by Plaintiffs herein caused by the Defendant's offense, and the entry by the court of the order of Restitution.

## CONCLUSION

For the foregoing reasons, Plaintiffs' respectfully request that the Court grant their Request for Judicial Notice in support of their Motion for Summary Judgment.

Dated this 12th day of June, 2020.


CARPENTER, ZUCKERMAN, & ROWLEY

By  /s John A. Kawai
John A. Kawai
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: jk@czrlaw.com

CAROL L. HEPBURN, P.S.

By /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah, Solomon, Violet, Andy, and Jenny


DEBORAH A. BIANCO, PLLC

By /s Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiff Jane Doe for Pia

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 4