Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com
Local Counsel for Jan Fuechtener

Zachary Lee Newland
Texas State Bar No. 24088967
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Counsel *Pro Hac Vice*
For Jan Fuechtener and F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| "Lily," *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Jan Rouven Fuechtener,<br><br>Defendant. | Case No. 2:19-cv-00352-RFB-EJY<br><br>**STIPULATION AND AGREED ORDER FOR EXTENSION OF DEFENDANT'S DEADLINES TO RESPOND**<br>(First Request) |

## Stipulation for Extension of Time

This stipulation is entered into by the following parties: Plaintiffs, by and through their attorneys of record Carol Hepburn, Deborah Bianco, and John Kawai, and Defendant Jan Fuechtener by and through his attorneys Lance J. Hendron and Zachary Lee Newland (collectively "the Parties"). The Parties hereby stipulate and agree that Fuechtener's deadlines to respond to Plaintiffs' Motion for Summary

1  Judgment (ECF No. 41) and Plaintiffs' Request for Judicial Notice (ECF No. 42) are
2  extended to July 31, 2020.This is the first stipulation for an extension of time for
3  Fuechtener to respond to these motions. The stipulated extension is requested due
4  to the fact that Fuechtener's counsel, Zachary Newland, is out of the office for
5  family leave and will not return to work before July 1, 2020. Additionally,
6  Fuechtener's counsel's busy docket in early July includes a number of filing
7  deadlines and cross-country travel for an evidentiary hearing before the U.S.
8  District Court in Maine on July 13th. As a result of counsel's leave and other
9  obligations, additional time is needed to allow Fuechtener to adequately consult
10 with counsel prior to responding to Plantiffs' motions.

11     The Parties stipulate and agree that the time for Fuechtener to respond to
12 Plaintiffs' Motion for Summary Judgment is extended to July 31, 2020. The Parties
13 stipulate and agree that the time for Fuechtener to respond to Plaintiffs' Request
14 for Judicial Notice is extended to July 31, 2020. The Parties ask that the Court
15 approve of this stipulation and enter an order granting Fuechtener an extension of
16 time.

17   CAROL L. HEPBURN P.S.          GUYMON & HENDRON

18 /s/ Carol L. Hepburn              /s/ Lance J. Hendron
    Carol L. Hepburn, *Pro Hac Vice*    Lance J. Hendron
19 200 First Avenue West, #550       Nevada State Bar No. 11151
    Seattle, WA 98119                 Guymon & Hendron
20 Tel: 206) 957-7272                 625 S. Eighth Street
    Fax: (206) 957-7273              Las Vegas, Nevada 89101
21 Email: carol@hepburnlaw.net      Phone: (702) 758-5858
                                            Email: lance@ghlawnv.com
22
23

| | | |
|---|---|---|
| 1 | CARPENTER, ZUCKERMAN & ROWLEY | BRANDON SAMPLE PLC |
| 2 | | |
| 3 | /s/John A. Kawai<br>John A. Kawai | /s/ Zachary L. Newland<br>Zachary L. Newland, *Pro Hac Vice* |
| 4 | 407 Bryan Circle, Suite F<br>Ojai, CA 93023 | Senior Litigation Counsel<br>Brandon Sample PLC |
| 5 | 805-272-4001<br>team3@czrlaw.com | P.O. Box 250<br>Rutland, Vermont 05702 |
| 6 | | Phone: (802) 444-4357<br>Email: zach@brandonsample.com |
| 7 | | Texas Bar: 24088967<br>https://brandonsample.com |
| 8 | | Attorneys for Jan R. Fuechtener, Defendant |
| 9 | | |
| 10 | DEBORAH A. BIANCO, PLLC | |
| 11 | /s/ Deborah A. Bianco<br>Deborah A. Bianco, *Pro Hac Vice* | |
| 12 | 14535 Bel-Red Road, #201<br>Bellevue, WA 98007 | |
| 13 | 425-747-4500<br>deb@debbiancolaw.com | |
| 14 | Attorneys for Plaintiffs | |
| 15 | | |

### AGREED ORDER GRANTING EXTENSION OF TIME

THIS MATTER, having come before the Court upon the Parties' stipulation, and the Court having reviewed this stipulation and the files and records herein, and being fully advised, based on the voluntary agreement of the parties:

It is ORDERED that Counsel for Defendant Jan Fuechtener shall be granted an extension of time until July 31, 2020 to file any response to Plaintiffs' Motion for Summary Judgment.

1  It is further ORDERED that Counsel for Defendant Jan Fuechtener shall be
2 granted an extension of time until July 31, 2020 to file any response to Plaintiffs'
3 Request for Judicial Notice.

5 IT IS SO ORDERED this  30th  day of   June,   2020.

```
                                    _____
                                    RICHARD F. BOULWARE, II
                                    UNITED STATES DISTRICT JUDGE
```