1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com
Local Counsel for Jan Fuechtener

Zachary Lee Newland
Texas State Bar No. 24088967
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Counsel *Pro Hac Vice*
For Jan Fuechtener and F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| "Lily," *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>Jan Rouven Fuechtener,<br><br>           Defendant. | Case No. 2:19-cv-00352-RFB-EJY<br><br>**STIPULATION AND AGREED ORDER FOR EXTENSION OF DEFENDANT'S DEADLINES TO RESPOND**<br>(Second Request) |

### Stipulation for Extension of Time

This stipulation is entered into by the following parties: Plaintiffs, by and through their attorneys of record Carol Hepburn, Deborah Bianco, and John Kawai, and Defendant Jan Fuechtener by and through his attorneys Lance J. Hendron and Zachary Lee Newland (collectively "the Parties"). The Parties hereby stipulate and agree that Fuechtener's deadlines to respond to Plaintiffs' Motion for Summary

Judgment (ECF No. 41) and Plaintiffs' Request for Judicial Notice (ECF No. 42) are extended to August 31, 2020.This is the second stipulation for an extension of time for Fuechtener to respond to these motions. The stipulated extension is requested due to the fact that Fuechtener's counsel, Zachary Newland, was out of the office for family leave did not return to work until July 1, 2020. In the past two weeks, Fuechtener's counsel was required to evacuate his home due to wildfires; counsel also had to travel to Texas to attend the funeral of a family member who passed away due to COVID-19. Additionally, Fuechtener's counsel's recent work and deadlines in other matters includes, among other items:

• On July 22, 2020, Counsel filed a motion to reduce sentence and brief in support in the Northern District of Texas in United States v. Crawford, No. 5:17-cr-00026-C;

- On August 21, 2020, Counsel has a deadline to file the opening brief in the Seventh Circuit in United States v. Anthony Alexander, case number 20-02001;

- On July 16, 2020, Counsel filed a motion to reduce sentence and brief in support in the Northern District of Texas in United States v. Ward, No. 4:17-cr-00157-A;

- On August 19, 2020, Counsel has an evidentiary hearing on a motion under 28 U.S.C. § 2255 before the U.S. District Court for the District of Maine in United States v. Corbett, case number 2:15-cr-00031;

- On July 21, 2020, Counsel filed a motion to reduce sentence and brief in support in the Southern District of Florida in United States v. Robinson, No. 1:18-cr-20554;

- On August 25, 2020, Counsel has a sentencing hearing in the U.S. District Court for the Eastern District of Kentucky in United States v. Turner, 6:18-cr-00032;

- On September 2, 2020, Counsel has a sentencing hearing in the U.S. District Court for the Northern District of Texas in United States v. Rice, No. 3:18-cr-587;

- On August 3, 2020, Counsel has multiple deadlines to file replies in support of motions to reduce sentence in the U.S. District Court for the District of Kanas.

As a result of counsel's leave and other obligations, additional time is needed to allow Fuechtener to adequately consult with counsel prior to responding to Plantiffs' motions.

The Parties stipulate and agree that the time for Fuechtener to respond to Plaintiffs' Motion for Summary Judgment is extended to August 31, 2020. The Parties stipulate and agree that the time for Fuechtener to respond to Plaintiffs' Request for Judicial Notice is extended to August 31, 2020. The Parties ask that the Court approve of this stipulation and enter an order granting Fuechtener an extension of time.

CAROL L. HEPBURN P.S.

/s/ Carol L. Hepburn
Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA  98119
Tel: (206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net


CARPENTER, ZUCKERMAN &
ROWLEY

/s/John A. Kawai
John A. Kawai
407 Bryan Circle, Suite F
Ojai, CA 93023
805-272-4001
team3@czrlaw.com


DEBORAH A. BIANCO, PLLC

/s/ Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
425-747-4500
deb@debbiancolaw.com

Attorneys for Plaintiffs


GUYMON & HENDRON

/s/ Lance J. Hendron
Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com


BRANDON SAMPLE PLC

/s/ Zachary L. Newland
Zachary L. Newland, *Pro Hac Vice*
Senior Litigation Counsel
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Texas Bar: 24088967
https://brandonsample.com

Attorneys for Jan R. Fuechtener,
Defendant

1

## **AGREED ORDER GRANTING EXTENSION OF TIME**

2      THIS MATTER, having come before the Court upon the Parties' stipulation,

3   and the Court having reviewed this stipulation and the files and records herein, and

4   being fully advised, based on the voluntary agreement of the parties:

5      It is ORDERED that Counsel for Defendant Jan Fuechtener shall be granted

6   an extension of time until August 31, 2020 to file any response to Plaintiffs' Motion

7   for Summary Judgment.

8      It is further ORDERED that Counsel for Defendant Jan Fuechtener shall be

9   granted an extension of time until August 31, 2020 to file any response to Plaintiffs'

10   Request for Judicial Notice.

11

12   IT IS SO ORDERED this __4th__ day of ___August___ 2020.

13   _____

14   RICHARD F. BOULWARE, II
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

**Stipulation and Agreed Order For Extension of Times**                    Page 5 of 5