Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

Local Counsel

Brandon Sample
Vermont Bar No. 5573
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com
Counsel *Pro Hac Vice*
For Jan Rouven Fuechtener

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Lily, *et al*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Jan Rouven Fuechtener,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00352-RFB-EJY<br><br>**MOTION FOR SUMMARY JUDGMENT** |

　　　Defendant Jan Rouven Fuechtener ("Fuechtener"), by and through the undersigned counsel, respectfully moves pursuant to Fed. R. Civ. P. 56 for summary judgment against all the Plaintiffs on all their claims in this matter.

**Motion for Summary Judgment**

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs collectively seek $1,050,000 from defendant Fuechtener based on his alleged possession of child pornography that allegedly contained some images of each of them. *See* ECF 1 (Complaint). The Court should dismiss the Plaintiffs' claims, with prejudice, because, assuming *arguendo* they are the same "victims" in Fuechtener's criminal, case, the Plaintiffs—as represented by the United States of America—agreed not to pursue civil claims against Fuechtener if they received criminal restitution under Fuechtener's plea agreement. As a result of the Plaintiffs' decision to be bound by the criminal restitution order, the Plaintiffs are now barred from bringing this suit under the doctrine of collateral estoppel.

## STANDARD OF REVIEW

Summary judgment is appropriate when "there is no genuine dispute as to any material fact." Fed. R. Civ. Proc. 56(a); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986). *Parapluie, Inc. v. Mills*, 555 Fed.Appx. 679, 680 (9thCir. 2014). Once the movant has met his initial burden of showing "an absence of evidence" supporting the nonmoving party's case, the burden is on the nonmoving party to show with "specific facts" that there is a genuine issue of fact suitable for trial. *CelotexCorp. v. Catrett*, 477 U.S. 317, 325, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986); *Anderson*, 477 U.S. at 250, 106 S.Ct. 2505; *Parapluie, Inc.*, 555 Fed. Appx. at 680.

# STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

On October 9, 2018, Assistant U.S. Attorney Elham Roohani told Judge Gloria Navarro in *United States v. Fuechtener*, 2:16-cr-100-GMN-CWH (D. Nev.) that:

> And I'll just make clear, your Honor, because perhaps he doesn't understand this, is *if they don't get the money from this plea agreement*, they have indicated to me that they will come after him civilly.

*See* ECF 374 at 28 in *Fuechtener*, 2:16-cr-100-GMN-CWH (emphasis added). Fuechtener asks the Court to take judicial notice that AUSA Roohani stated the above to Judge Navarro on October 9, 2018.

Assuming *arguendo* the Plaintiffs are the same victims in Fuechtener's criminal case, "Defendant has in fact paid his restitution obligation to Plaintiffs. See Judgment United States v. Fuechtener, DCNV Case 2:16-cr-00100-GMN-CWH, Doc. 345, page 9, attached as Ex. 2, Hepburn Dec., ¶ 6 Hepburn Dec., and Declaration of James R. Marsh at¶4." *See*, Plaintiff's MSJ at 4.

# ARGUMENT

Privity for collateral estoppel purposes exists when, among other things, "the nonparty agreed to be bound by the litigation of others." *Griswold v. County of Hillsborough*, 598 F.3d 1289, 1292 (11th Cir. 2010), *citing Taylor v. Sturgell*, 553 U.S. 880, 893-95 (2008). In light of AUSA Roohani's statement that the Plaintiffs, assuming *arguendo* they are the victims, would only pursue Fuechtener civilly if the restitution contemplated by Fuechtener's plea agreement was not paid, the instant suit is barred. Because the Plaintiffs agreed to be bound by the award of restitution

in Fuechtener's criminal case, their current civil claims are barred by collateral estoppel.

## CONCLUSION

The Plaintiffs' claims are barred by collateral estoppel. Fuechtener should be granted summary judgment on all claims by the Plaintiffs.

Respectfully submitted,

/s/ Lance J. Hendron
Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

*Local Counsel for the*
*Jan Rouven Fuechtener*

/s/ Brandon Sample
Brandon Sample
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com
Vermont Bar No. 5573
https://brandonsample.com

*Counsel for Jan Rouven Fuechtener*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 19th day of November 2020, via CM/ECF on all counsel of record.

                    /s/ Brandon Sample
                    Brandon Sample