Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

*Local Counsel*

Brandon Sample
Vermont Bar No. 5573
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com

*Counsel Pro Hac Vice*
*For Jan Rouven Fuechtener*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Lily, *et al*, | Case No. 2:19-cv-00352-RFB-EJY |
| Plaintiffs, | |
| v. | **MOTION TO WITHDRAW ATTORNEY APPEARANCE** |
| Jan Rouven Fuechtener, | |
| Defendant. | |

Defendant Jan Rouven Fuechtener ("Fuechtener"), by and through the undersigned counsel, respectfully moves to withdraw the appearance of attorney Zachary Newland in this matter.

**Motion to Withdraw Attorney Appearance**

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Newland was previously an associate of Brandon Sample PLC. Mr. Fuechtener chose to continue with representation by Mr. Brandon Sample of Brandon Sample PLC after Mr. Newland's departure from the Firm. Because Mr. Newland's representation of Mr. Fuechtener has ended, the Court should withdraw Mr. Newland's appearance in this matter.

Respectfully submitted,

/s/ Lance J. Hendron
Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

*Local Counsel for the*
*Jan Rouven Fuechtener*

/s/ Brandon Sample
Brandon Sample
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com
Vermont Bar No. 5573
https://brandonsample.com

*Counsel for Jan Rouven Fuechtener*

**Motion to Withdraw Attorney Appearance**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 12th day of April, 2021, via CM/ECF on all counsel of record.

/s/ Brandon Sample
Brandon Sample

**Motion to Withdraw Attorney Appearance**