```
1   John A. Kawai, Nevada SBN 14893
    TRIAL LAWYERS FOR JUSTICE
2   407 Bryant Circle, Suite F,
    Ojai, CA 93023
3   Tel:  (805) 272-4001
    Fax: (805) 719-6858
4   Email: jk@tl4j.com

5   Deborah A. Bianco, *Pro Hac Vice*
    14535 Bel-Red Road, #201
6   Bellevue, WA 98007
    (425) 747-4500
7   Email: deb@debbiancolaw.com

8   Carol L. Hepburn, *Pro Hac Vice*
    PO Box 17718
9   Seattle, WA  98127
    Tel: 206) 957-7272
10  Fax: (206) 957-7273
    Email: carol@hepburnlaw.net
11

12  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| "LILY," "SARAH," "SOLOMON," WILLIAM L.E. DUSSAULT, Guardian Ad Litem for "VIOLET", a minor, JANE DOE as next friend for "PIA, a minor, "ANDY," and "JENNY,"<br><br>Plaintiffs,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No:   2:19-cv-00352-RFB-EJY<br><br>**NOTICE OF CHANGE OF PLAINTIFFS' COUNSEL FIRM NAME**<br><br>Judge: Honorable Richard F. Boulware II<br>United States District Court Judge |

///

NOTICE OF CHANGE OF PLAINTIFFS' COUNSEL FIRM NAME  - 1

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Notice is hereby given that the firm name and email for Plaintiffs' counsel John Kawai have changed, but the address, telephone and fax numbers remain the same. The firm's name and contact information is as follows:

> John A. Kawai, Nevada SBN 14893
> TRIAL LAWYERS FOR JUSTICE
> 407 Bryant Circle, Suite F,
> Ojai, CA 93023
> Tel:  (805) 272-4001
> Fax:  (805) 719-6858
> Email: jk@tl4j.com

DATED: October 1, 2021                     TRIAL LAWYERS FOR JUSTICE

                                                   /s/ John A. Kawai
                                                  JOHN A. KAWAI
                                                  Attorney for Plaintiffs