1  John A. Kawai, NSBN 14893
   TRIAL LAWYERS FOR JUSTICE
2  400 South 4th Street, Suite 500
3  Las Vegas, NV 89101
   Phone: 805-272-4001
4  Email: jk@tl4j.com

5  Deborah A. Bianco, *Pro Hac Vice*
   PO Box 6503
6  Bellevue, WA 98008
   (425) 747-4500
7  Email: deb@debbiancolaw.com

8  Carol L. Hepburn, *Pro Hac Vice*
   PO Box 17718
9  Seattle, WA  98127
   Tel: 206) 957-7272
10 Fax: (206) 957-7273
   Email: carol@hepburnlaw.net
11
12 Of Attorneys for Plaintiffs.

13
14                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
15

16
      "LILY," *et al.*,                    NO.  2:19-cv-00352-RFB-EJY
17
                          Plaintiffs,
18
      v.                                   DECLARATION OF JANE DOE IN SUPPORT OF
19                                         MOTION FOR APPROVAL OF MINOR
                                           SETTLEMENT RE PIA
20    JAN ROUVEN FUECHTENER,
21                          Defendant.      HEARING DATE:
                                            TIME:
22

23
24                                         BEFORE HONORABLE MAGISTRATE JUDGE
                                           ELAYNA J. YOUCHAH
25                                         UNITED STATES DISTRICT COURT

26
27
28

DECLARATION OF JANE DOE IN SUPPORT OF MOTION
FOR APPROVAL OF MINOR SETTLEMENTS RE PIA - 1

1

2 _____

3      I, Jane Doe, hereby declare the following:

4      1.      I, Jane Doe, am the mother of the minor plaintiff "Pia" herein and am the person known

5 as "Jane Doe" in this matter. I am the exclusive legal guardian for Pia, appointed by the court in our

6 home jurisdiction. I make this declaration in support of the motion for approval of the proposed

7 settlement of the claims herein.

8      2.      My daughter has been represented by Ms. Hepburn and Ms. Bianco since 2016 in

9 matters relating to her rights as a victim of child pornography crimes. Ms. Hepburn, Ms. Bianco and I

10 have discussed the nature of the claims which may be made on her behalf. We have also discussed the

11 processes involved in proceeding to trial with a civil claim.

12      3.      I have reviewed the motion and the declarations of Carol L. Hepburn, Deborah Bianco,

13 and John Kawai, supporting the motion to approve the settlement. It is my understanding that each of

14 the plaintiffs including my daughter would receive an equal pro-rata portion of the gross proceeds of

15 the settlement and also be responsible for an equal pro-rata share of the costs of the litigation. I

16 understand that this settlement would provide a gross amount of $█████████gross for seven

17 plaintiffs. This would be $██████gross amount to each plaintiff including my daughter, fees of $████

18 paid to the attorneys, costs to be reimbursed of $1,368.81, and a net payout to my daughter and to each

19 of the other plaintiffs of $██████

20      4.      I believe that the proposed settlement is a fair and reasonable one in that it provides a

21 certain recovery to each of the plaintiffs in the near term without the expenditure of additional costs

22 for trial and for collection and makes sense in the context of the facts and circumstances of this case.

23

24      5.      I am in agreement with the allocation of one third of the gross recovery for attorneys'

25 fees in this matter. At the outset of my engaging Ms. Hepburn and Ms. Bianco to represent my

26 daughter, I entered into a fee agreement providing for a one third contingency fee together, payable to

27 Ms. Hepburn and Ms. Bianco jointly, with reimbursement of reasonable out of pocket costs which

28 they might expend. I further understand that it was necessary for Ms. Bianco and Ms. Hepburn to

DECLARATION OF JANE DOE IN SUPPORT OF MOTION
FOR APPROVAL OF MINOR SETTLEMENTS RE PIA - 2

associate with Mr. Kawai, as local counsel, in order to file this lawsuit, and that Mr. Kawai will be entitled to share in the one-third contingency fee.

6.     All monies received on behalf of my daughter, Pia, and including any funds coming from the resolution of this case, are placed into an account for her benefit.   All funds are used solely for her benefit.  I have no objection to placing funds from this action in a blocked account for her benefit that will have no withdrawals without court order until she reaches 18 years old.  There is already such an account established for her benefit into which we can place the funds from this case.

7.     I ask on behalf of my daughter, Pia, that the court approve this settlement as proposed in the motion.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


DATED this ___ day of October, 2021.

_____
Jane Doe as legal guardian and mother of Pia

DECLARATION OF JANE DOE IN SUPPORT OF MOTION
FOR APPROVAL OF MINOR SETTLEMENTS RE PIA - 3