John A. Kawai, NSBN 14893

TRIAL LAWYERS FOR JUSTICE
400 South 4th Street, Suite 500
Las Vegas, NV 89101
Phone: 805-272-4001
Email: jk@tl4j.com

Deborah A. Bianco, *Pro Hac Vice*
PO Box 6503
Bellevue, WA 98008
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA 98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Of Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

"LILY," et al,

    Plaintiffs,

v.

JAN ROUVEN FUECHTENER,

    Defendant.

Case No: 2:19-cv-00352-RFB-EJY

DECLARATION OF WILLIAM L.E. DUSSAULT IN SUPPORT OF MOTION FOR APPROVAL OF MINOR SETTLEMENT RE VIOLET, A MINOR

HEARING DATE:
TIME:

BEFORE HONORABLE MAGISTRATE JUDGE ELAYNA J. YOUCHAH
UNITED STATES DISTRICT COURT

DECLARATION OF WILLIAM L.E. DUSSAULT IN SUPPORT OF MOTION FOR APPROVAL OF MINOR SETTLEMENT RE VIOLET, A MINOR
- 1

I, William L.E. Dussault, declare the following:

1. I am an attorney with the law firm of Aiken St. Louis & Siljeg, P.S. and make this declaration based on my personal knowledge and belief and am competent to testify to the facts set forth herein.

2. <u>Qualifications</u>. I have been licensed to practice law continuously since 1972. A copy of my Curriculum Vitae is attached hereto as Ex.1. I am currently licensed and in good standing in the state of Washington and inactive in the State of Colorado. I have never been disciplined by any Bar Association and there are no matters currently pending with any Bar Association concerning me.

3. I was appointed as a Guardian Ad Litem for Violet by the ▮▮▮ State Superior Court for ▮▮▮ County pursuant to our Court Rule ▮▮▮ on December 21, 2015. A true and correct copy of this order is attached hereto as Ex. 2.

4. <u>Blocked Account</u>. Pursuant the state court order a blocked account was established in 2016 for the deposit of funds obtained on Violet's behalf. Periodic accounting reports have been made to the court since that time and orders approving each of those reports have been entered. In each order approving the periodic reports the court has approved the contingent fees requested of one-third of proceeds obtained and reimbursement of the costs advanced requested.

5. <u>Appropriateness of Proposed Settlement</u>. Over the course of this time there have been several settlements of civil claims negotiated on Violet's behalf. None of these claims have proceeded to trial. Through continued communication and discussion with Violet's counsel, Ms. Hepburn, and my

DECLARATION OF WILLIAM L.E. DUSSAULT IN SUPPORT
OF MOTION FOR APPROVAL OF MINOR SETTLEMENT RE
VIOLET, A MINOR
- 2

own review I am aware of the various legal and factual issues pertaining to actions under section 2255 of United States Code Title 18.

6. During the conduct of this matter and particularly during the preparation of the Plaintiffs' and Defendants' Motion for Summary Judgment and the lead up to the future final settlement conference, Violet's counsel Ms. Hepburn has kept me apprised of the legal issues raised and the progress of the instant litigation. Important concerns in this matter include the paucity of reported cases on the legal issues raised by the claim or the affirmative defenses, the efforts necessary for collection of any judgment, the likelihood of appeal of any verdict, and shielding Violet from deposition or any direct involvement in this litigation. I have reviewed the Motion for Approval of Minor Settlements, the supporting declarations, and the proposed terms of settlement. I have consulted with Ms. Hepburn concerning counsel's findings with regard to assets held and not held by the Defendant.

7. In light of these issues, the particular facts of this case, and based on my knowledge of settlements of other claims brought on Violet's behalf it is my professional opinion that this overall settlement is fair and reasonable for Violet. I have consulted with Violet's mother who is her custodial parent. She has had the opportunity to review this motion, all of the declarations and documentation supporting the motion and she is in favor of the settlement being approved as set forth in this motion.

8. <u>Fees and Costs Requested by Counsel</u>. I have also reviewed the declarations of Mr. Kawai, Ms. Bianco, Ms. Mabie, and Ms. Hepburn concerning fees and costs. I understand that each plaintiff would pay a one-third contingent fee and costs of $█████. This would net each plaintiff, including Violet $█████. Based on all of the considerations set forth I am of the professional

DECLARATION OF WILLIAM L.E. DUSSAULT IN SUPPORT
OF MOTION FOR APPROVAL OF MINOR SETTLEMENT RE
VIOLET, A MINOR
- 3

opinion that the requested fees and costs are fair and reasonable and that the net settlement to Violet is a reasonable one.

9. It is my professional opinion based on all the facts and circumstances of this case that the motion for approval of the proposed settlement for Violet should be granted.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully signed and submitted this 11th day of October at Seattle, Washington.

AIKEN ST. LOUIS & SILJEG P.S.

_____
By: William L.E. Dussault, WSBA No. 4611
Guardian ad Litem for "Violet"

DECLARATION OF WILLIAM L.E. DUSSAULT IN SUPPORT
OF MOTION FOR APPROVAL OF MINOR SETTLEMENT RE
VIOLET, A MINOR
- 4

Exhibit 1

AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1200
SEATTLE, WASHINGTON 98104
FACSIMILE: 206-623-5764
TELEPHONE: 206-624-2650

WILLIAM L.E. DUSSAULT

BILLD@AIKEN.COM

# WILLIAM L. E. DUSSAULT
*CURRICULUM VITAE*
*Emphasizing Law for Persons with Disabilities*

### Education and Bar Admissions

University of Washington, BA, Political Science, History, 1969
University of Washington, Juris Doctor, Law, 1972
Admitted to Washington State Bar, September, 1972
Admitted to Federal District Court, January, 1973
Admitted to United States Supreme Court, September, 1982
Admitted to Colorado State Bar, February, 2007

### Memberships, Appointments

Member, American/Washington/Seattle-King County Bar Associations
Speaker, Brain Injury Association Legal Conference*, 1987 through present
Consultant, Autism Society of America (ASA), formerly National Society for Autistic Children and Adults **(NSAC):**
    National Professional Advisory Board, 1978-to present
    Chairperson, National By-Laws Committee, 1984-1986
Co-Chair, King County Court 2009 Mandatory Settlement Guardian Ad Litem Training
Member, Washington State Bar Association Rules of Professional Conduct Committee 2003-2004
Guest lectures, Seattle University Law School National Training for Special Education
    Administrative Law Judges 2002 to 2011
Editorial Board, Journal of Positive Behavior Interventions, 1998 to 2000
Chair, National Human Rights Committee, Association for Retarded Citizens, US (ARC-US) 1989-1991
Member, American College of Legal Medicine (ACLM) 1997-1999
Member, and Vice President for Finance, Board of Directors, Brain Injury Association of America (BIA-formerly known as National Head Injury Foundation or NHIF), 1996-2001
Contributing Editor, National Structured Settlement Trade Association "White Paper"
    quarterly publication on settlements (1995-1998)
Faculty, Philip E. Heckerling Institute on Estate Planning, University of Miami School of Law, 1995
Mentor, Seattle University School of Law, 1994-1995
Consultant, Guardianship, ARC-US, 1988
Keynote Speaker, National Institute on Special Education and the Law, 1987
Vice-Chairperson, American Bar Association Family Law Committee on Mental Disability 1986-1994
Adjunct Professor, University of Washington School of Law, Disability Law 1986-1994

Wm. L. E. Dussault
*Curriculum Vitae*
Page 2

Member, Future Planning and Insurance Committee, ARC-US, 1986-1988
Member, Board of Directors of Accreditation Council for Services for Mentally Retarded and Other Developmentally Disabled Persons (AC MRDD), 1982-1988, Executive Committee, 1986-1988
Consultant, Tourette Syndrome and the Law Workshop, 1986
Consultant, Settlement Trusts, California State Bar All Star Seminar, 1986 and 1987
Keynote speaker, faculty and Executive Board member, Pacific Northwest Special Education and the Law Conference, 1984 to 2010
Adjunct Professor, Central Washington University, Department of Special Education, 1982/1984
Consultant, ABA Guardianship/Limited Guardianship Report, 1981
Faculty, University of Washington School of Nursing: Nursing, Law and Ethics, 1978-1994
Judge Pro Tempore, Seattle Municipal Court 1977-1990
Testimony to U.S. Senate: Handicapped Children's Protective Act 1977
Former Counsel, The Association for Persons With Severe Handicaps (TASH) 1975-1995
Washington State Human Rights Commission Advisory Council for the Physically, Mentally and Sensory Handicapped, 1974-1976
Keynote speaker, Washington State "You Are the Expert" conferences for parents, 1976-1996
Executive Director, Washington State Developmental Disabilities Planning Commission, 1975-1976
Member, Washington State Superintendent of Public Instruction Committee to review and revise state Special Education Regulations 1972-1998
Governor's Committee on Employment of the Handicapped, 1972 to 1985
Washington State Special Education Commission, 1972
Washington State Legislative Review Committee, Special Education, 1972
Past President-Founder, Washington Chapter, National Academy for Elder Law Attorneys (NAELA)
Founder, Treasurer and Executive Board Member, COPAA (Council of Parent Advocates and Attorneys)
Board Member, Disability International Foundation
Consultant-Epilepsy Foundation of America-special needs estate planning-video preparation
Consultant-National Association for Down Syndrome-estate planning and special education issues
Former Editorial Board Member, Journal of the Association for Persons with Severe Handicaps (JASH)
Vice-President, Concepts for Independent Living, National Non-Profit Corporation (CIL)
Former President and current Board Member, Lifetime Advocacy Plus (aka LA+, formerly Foundation for the Handicapped), a private non-profit Guardianship and Trust agency for handicapped and elderly individuals
Faculty, Emmanuel College, Cambridge University, England, International Institute on Head Injury and the Law
Guest Lecturer, University of Oregon and Seattle University
Contract Reviewer, Department of Education, Office of Special Education Programs, Washington DC
Senior Rights Assistance Foundation of Washington, Advisory Board
Consultant to Guardianship, Advocacy and Protective Services (GAPS) Program, Oregon
Counsel, Washington Association for Persons with Disabilities
Volunteer, Washington and Colorado State Special Olympics
Director, Washington State Disabilities Political Action Committee (D-PAC)
Washington State Bar Association Civil Rights Committee

Wm. L. E. Dussault
*Curriculum Vitae*
Page 3

Consultant, Bay Area Brain Injury Association* California
Consultant, Washington State Brain Injury Association*
Appointed as Litigation or Settlement Guardian ad Litem in state or federal courts in WA, OR, AK, CO

**Honors and Awards**

Received 2012 Award of Merit by the Washington State Bar Association, its highest honor
Selected by Seattle Magazine as one of Seattle's top financial managers, 2010, 2011
Selected by Washington Law and Politics and Butch Blum-one of four best lawyers in Washington
    State, 2003
Selected as one Washington's Best Lawyers, Washington Law & Politics 1999-2009
Life Member, National Registry, Who's Who 2001 Edition
Selected as one of Seattle's Best Lawyers, Seattle Magazine, 2001 issue
Selected as Honored Member, National Directory, Who's Who, 1994

**Author ship**

Co-Author, RCW 28A.13 Washington State Mandatory "Education for All" Law requiring free appropriate public education for all children with disabilities, 1970
Author, 1975-1977 Washington State Limited Guardianship Act, RCW 11 .88 and 11.99; participant on revisions, 1990/1991
Author, Comprehensive review of all Washington State laws affecting disabled persons (over 500 pages of proposed legislation, with approximately 200 pages now enacted)
Co-Author, Initial Washington State Regulations on Special Education
Originating author-testamentary special needs trust-1973
Originating author-litigation special needs trust-1976
Co-Author OBRA'93 42 USC 1396p(d)(4)(a)
Authored Northwest Mutual Insurance Co. planning booklet on planning for disability
Chapter author-Legal Issues in Traumatic Brain Injury Rehab-Mark Ashley editor
Author, Best of CLE: Planning for Disability - 1985
Author, "Wills and Trusts - Future Planning Guide for the Parents and Families of Persons With Disabilities" - 1984
Author, "Establishment and Operation of the Settlement Trust", 1988, and as amended
Co-Author, "How to Provide for Their Future", ARC-US
Author, Future Planning Guide for the Parents and Families of Persons with Disabilities, Washington ARC Trust Fund and The Foundation for the Handicapped
Author, Numerous Law Review Articles, book chapters, seminar materials, popular articles, etc., concern ing:
    Malpractice and ethical issues in personal injury settlements
    Special Needs Settlement Trusts

---

"This organization, which has national and state chapters, was formerly known as the Head Injury Foundation ("HIF" - National Head Injury Foundation or NHIF, Washington State Head Injury Foundation or WasHIF, etc.)

Wm. L. E. Dussault
*Curriculum Vitae*
Page 4

    Guardianship, Protective Services for the Disabled and the Elderly;
    Special Education
    Law and the Disabled
    Wills and Trusts for individuals with Disability and Family
    Informed Consent
    Ethics and Research with Human Subjects
    Advocacy
    Government Benefits

Presentations on Catastrophic Personal Injury Case Settlements-Ethics and management devices,
    National AAJ - WA, CA, UT, TX, OH, MT, CO, LA ,MI  -AAJ formerly Trial Lawyers Associations and Defense Research Institute

**Sample Agency Consultations**

State of Washington Superintendent of Public Instruction
State of Washington Developmental Disabilities Planning Council
State of Washington Protection and Advocacy Agency
State of Washington Association for Retarded Citizens
State of Washington Developmental Disabilities Residential Service Association
State of Washington Coalition for Special Education
State of Oregon Association for Retarded Citizens
State of Oregon Division of Mental Health
State of Montana Developmental Disabilities Council
State of North Dakota Department of Education
State of Kansas Department of Education
State of Colorado Department of Education
State of Tennessee Protection and Advocacy Agency
Northwest Association of Rehabilitation Industries

**William L.E. Dussault, J.D.**

William L.E. Dussault received his Juris Doctorate from the University of Washington School of Law in 1972. He is a member of the American Bar Association, Washington State Bar Association, Colorado State Bar Association and Seattle-King County Bar Association, and has been admitted to practice in the State of Washington (1972), U.S. Federal District Court (1973), U.S. Supreme Court (1982) and State of Colorado (2006). He maintains a private practice in Seattle with an emphasis on the rights of persons with disabilities. In 1970 Mr. Dussault was the originating author of the first state Mandatory Special Education Law-known as the "Education for All" law, as well as numerous revisions to many state's Guardianship and Conservatorship laws and the original special needs trust for use in estate planning and public benefit preservation for persons who experience disabilities.  He was also the originating author of 42 U.S.C. §1396p(d)(4)(A), the federal legislation authorizing use of special needs in conjunction with continuation or establishment of eligibility for certain federal benefit programs. He is actively involved with numerous state and national groups concerned with legal issues impacting persons with disabilities, and has served as counsel to TASH, vice-chair of the American Bar Association Family Law Committee on Mental Disability, and as a legal advisor, committee member or chair for the Autism Society, ARC, UCP, BIA and the Epilepsy Foundation, among others. He was selected as one of Washington's Super Lawyers by *Washington Law & Politics* annually from 1999 through 2006, and by *Washington Law & Politics* and Butch Blum as one of the four best lawyers in Washington State in 2003. In 2013 he was awarded the Washington State Bar Association Award of Merit, the Bar's highest honor. Mr. Dussault is a frequent presenter on special education, disability rights, coordination of public benefits and private resources, estate planning for families affected by disabilities and other related  topics.

# EXHIBIT 2

HEARING DATE: December 21, 2015

**RECEIVED & FILED**

DEC 2 1 2015



IN THE SUPERIOR COURT OF THE STATE OF ▇
IN AND FOR THE COUNTY OF ▇

| In re the Settlement of "Violet" | NO. ▇ |
|---|---|
| A Minor. | ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM ~~MASTER~~ FOR "VIOLET"  *TAS*<br>CLERKS ACTION REQUIRED |

THIS MATTER having come on the petition of "Violet" to appoint a Settlement Guardian Ad Litem Master and the Court having reviewed Petition for Order Appointing Settlement Guardian Ad Litem Master Purusant to ▇ and Declaration of Parent in Support of Petition for Order Appointing Settlement Guardian Ad Litem Master Purusant to ▇ this Court hereby finds that:

1. Because of the sensitive nature of the subject matter of this action, and because disclosure of her identity together with the history disclosed in this matter would be highly offensive to a reasonable person such that her personal privacy would be unreasonably invaded, it is appropriate that the minor child be known by a pseudonym herein such as "Violet".

2. William L. E. Dussault meets the requirements of ▇ ~~and he should be given independent authority to approve settlements of $25,000 or less as they arise without bringing each individual settlement back to the court for approval.~~  *TAS*

[~~PROPOSED~~] ORDER APPOINTING
SETTLEMENT GUARDIAN AD LITEM MASTER
FOR "VIOLET" -1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

THEREFORE IT IS HEREBY ORDERED THAT:

1. The minor child shall be known by the pseudonym "Viotlet" herein.

2. William L. E. Dussault is appointed as a Settlement Guardian Ad Litem ~~Master~~ for the minor known as "Violet" and he shall have all of the duties, powers and authorities as are granted under the ███████ State Rules of Court, Rules of Superior Court, Special Proceedings Rule ███████ and including but not limited to the authority to evaluate any settlement proposals and make recommendations to the Court as to the appropriatemess of such proposals and the appropriate method for managing the proceeds therof for settlement of any individual restitution request or civil matter. ~~under the amount of $25,000.00~~.

3. William L. E. Dussault, as Settlement Guardian Ad Litem Master herein is authorized to expend __20__ hours of time in conducting his duties and initial evaluation of the minor, her condition and losses and the general nature of the cases, ~~and approval of settlemen~~ts, and he may do so charging a fee at his usual hourly billing rate for legal services of $325.00 per hour. Should additional time be needed, he may petition the court for authority to expend additional time for a fee.

4. ~~William L. E. Dussault, as Settlement Guardian Ad Litem Master herein is authorized to approve settlements of restitution requests made on behalf of the minor as described herein. Approval of the Settlement Guardian Ad Litem Master for settlements of $25,000.00 or less shall be considered equivalent to approval by the Court.~~

5. Upon resolution of restitution requests ~~resulting in orders being entered awarding amounts totaling $25,000.00~~ whether by settlement or judgment, the

[~~PROPOSED~~] ORDER APPOINTING
SETTLEMENT GUARDIAN AD LITEM MASTER
FOR "VIOLET" -2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

Settlement Guardian Ad Litem Master shall prepare and present a Report to the Court pursuant to ███.

6. Counsel for Petitioner, Carol L. Hepburn is hereby authorized to continue to represent and to appear as counsel on behalf of the minor "Violet" in all matters relating to requests of restitution and pursuit of civil damages which may be recoverable as a result of her victimization in such crimes as are at issue herein.

7. _____

_____

_____

_____

DATED this 21st day of December, 2015.

████████████████████
_____

PRESENTED BY:

CAROL L. HEPBURN, P.S.

*/s/ Carol L. Hepburn*
_____
Carol L. Hepburn, WSBA No. 8732
Attorneys for "Violet"

[PROPOSED] ORDER APPOINTING
SETTLEMENT GUARDIAN AD LITEM MASTER
FOR "VIOLET" -3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273