John A. Kawai, Nevada SBN 14893
TRIAL LAWYERS FOR JUSTICE
407 Bryant Circle, Suite F
Ojai, CA 93023
Tel:   (805) 272-4001
Fax:  (805) 719-6858
Email: TeamOjai@tl4j.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LILY," "SARAH," "SOLOMON," JANE BROWN as next friend for "VIOLET," a minor, JANE DOE as next friend for "PIA," "MYA," and "AVA"  minors, "ANDY," and "JENNY,"<br><br>Plaintiffs,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:19-cv-00352-RFB-EJY<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 1 of 3

## STIPULATION

The parties to this action, by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| CAROL L. HEPBURN P.S. | BRANDON SAMPLE, PLC |
| /s/ Carol L. Hepburn<br>Carol L. Hepburn, *Pro Hac Vice*<br>200 First Avenue West, #550<br>Seattle, WA  98119<br>Tel: 206) 957-7272<br>Fax: (206) 957-7273<br>Email: carol@hepburnlaw.net | /s/ Brandon Sample<br>Brandon Sample, *Pro Hac Vice*<br>1701 Pennsylvania Avenue, N.W. #200<br>Washington, DC 20006-5823<br>202-990-2500<br>brandon@brandonsample.com<br><br>Attorneys for Defendant |

TRIAL LAWYERS FOR JUSTICE

/s/ John A. Kawai
John A. Kawai
407 Bryant Circle, Suite F
Ojai, CA 93023
805-272-4001
TeamOjai@tl4j.com

DEBORAH A. BIANCO, PLLC

/s/ Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
425-747-4500
deb@debbiancolaw.com

Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2 of 3

**ORDER**

The Stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: May __, 2022.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 3 of 3